IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY RAY HARDAWAY,<br><br>          Plaintiff,<br><br>     vs.<br><br>COUNTY OF FRESNO, et al.,<br><br>          Defendants.<br>_____/ | 1:08-cv-01195-OWW-GSA-PC<br><br>ORDER DENYING PLAINTIFF'S MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS (Doc. 2)<br><br>ORDER REQUIRING PLAINTIFF TO PAY $350.00 FILING FEE IN FULL WITHIN THIRTY DAYS OR ACTION WILL BE DISMISSED |

     Plaintiff Sonny Ray Hardaway ("plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed this action on August 15, 2008. Plaintiff is seeking leave to proceed in forma pauperis.

     The Prison Litigation Reform Act provides that "[i]n no event shall a prisoner bring a civil action . . . under this section if the prisoner has, on 3 or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious injury." 28 U.S.C. § 1915(g). A review of the record of actions filed by plaintiff in the Northern and Eastern Districts of California reveals that plaintiff filed three or more actions that were dismissed as frivolous, as malicious, or for failing to state a claim upon

which relief may be granted.[1] Thus, on August 9, 2006, the date of the third dismissal, plaintiff became subject to 28 U.S.C. § 1915(g) and is precluded from proceeding in forma pauperis unless plaintiff is under imminent danger of serious physical injury. The Court has reviewed plaintiff's complaint and finds that plaintiff has alleged no facts that support a finding he is, at this time, under imminent danger of serious physical injury. Accordingly, plaintiff may not proceed in forma pauperis, and must submit the appropriate filing fee in order to proceed with this action.

Based on the foregoing, it is HEREBY ORDERED that:

1. Pursuant to 28 U.S.C. § 1915(g), plaintiff's motion to proceed in forma pauperis, filed on August 15, 2008 in this action is denied; and

2. Plaintiff shall pay the $350.00 filing fee in full within thirty (30) days or this action will be dismissed, without prejudice.

IT IS SO ORDERED.

**Dated:   October 19, 2008**                    **/s/ Oliver W. Wanger**
                                                          UNITED STATES DISTRICT JUDGE

---

[1] The Court takes judicial notice of case numbers 2:01-cv-00458-FCD-DAD PC Hardaway v. Money (E.D. Cal.) (dismissed 07/12/06 for failure to state a claim); 2:01-cv-00958-GEB-DAD PC Hardaway v. Wright (E.D. Cal.) (dismissed 07/22/06 for failure to state a claim); 2:01-cv-00695-MCE-PAN PC Hardaway v. State of California (E.D. Cal.) (dismissed 08/09/06 for failure to state a claim); 5:06-cv-02983-JF Hardaway v. Twelve Jurors (N.D. Cal.) (dismissed 08/31/06 for failure to state a claim); 5:06-cv-03637-JF Hardaway v. Barni, et al. (N.D. Cal.) (dismissed 12/11/06 for failure to state a claim); 5:06-cv-06786-JF Hardaway v. Specter (N.D. Cal.) (dismissed 12/11/06 for failure to state a claim); and 5:06-cv-06578-JF Hardaway v. Lambden, et al. (N.D. Cal.) (dismissed 01/12/07 for failure to state a claim).