IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SONNY RAY HARDAWAY,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>COUNTY OF FRESNO, et al.,<br><br>　　　　　Defendants.<br>_____/ | 1:08-cv-01195-OWW-GSA-PC<br><br>ORDER DISMISSING ACTION, WITHOUT PREJUDICE, FOR FAILURE TO PAY FILING FEE |

　　　　Plaintiff Sonny Ray Hardaway ("plaintiff") is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On October 21, 2008, pursuant to 28 U.S.C. § 1915(g), the court denied plaintiff's motion to proceed in forma pauperis and ordered plaintiff to pay the $350.00 filing fee in full for this action within thirty days. Plaintiff was warned that the failure to obey the court's order would result in dismissal of this action. More than thirty days have passed and plaintiff has not paid the filing fee or otherwise responded to the court's order.

　　　　Accordingly, this action is hereby dismissed, without prejudice, based on plaintiff's failure to obey the court's order to pay the $350.00 filing fee.

IT IS SO ORDERED.

Dated:　　December 5, 2008　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE